# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLENHEIM GROUP, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **INTERNATIONAL INNOVATION COMPANY** | : | |
| **USA, INC., et al** | : | NO.  10-5669 |

## ORDER

**AND NOW**, this 18th day of July, 2011, upon consideration of International Innovation Company USA, Inc.'s Motion to Dismiss Amended Complaint (Document No. 18), Blenheim Group's Response (Document No. 29), and International Innovation Company USA, Inc.'s Reply (Document No. 31), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the amended complaint is **DISMISSED**.

     /s/ Timothy J. Savage
     TIMOTHY J. SAVAGE,  J.